NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**TOSHIBA CORPORATION,**
*Appellant*

v.

**OPTICAL DEVICES, LLC,**
*Appellee*

2016-2012, -2013, -2014

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01445, IPR2014-01446, and IPR2014-01447.

**O R D E R**

The above captioned appeals appear related, and thus the court consolidates the appeals.

Because we consolidate the appeals, one set of briefs should be filed.

Accordingly,

IT IS ORDERED THAT:

The above-captioned appeals are consolidated, and the revised official caption is reflected above. The certified list is due no later than June 20, 2016.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31